# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

_____

| | |
|---|---|
| **James Stanley Carter,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **v.** | )    Case No. 3:11-cv-00013-MPM -DAS |
| | ) |
| **AmeriPride Services Inc.** | ) |
| | ) |
|     **Defendant.** | ) |

_____

## AGREED PROTECTIVE ORDER
_____

Pursuant to the agreement of the parties, the Court enters the following Order regarding production of documents or information by the parties:

1. Counsel for either party may mark, stamp or otherwise designate documents or information to be produced as "Confidential". These designations are to be made in good faith. It is envisioned that the types of documents or information to be designated as "Confidential" will include things such as Defendant's personnel information, information regarding company investigations, proprietary information, trade secrets, competitively valuable commercial information, and information produced by Plaintiff regarding himself which is personal or private.

2. Unless otherwise agreed by the designating party, or ordered by the Court, the other party and his/its counsel, or individuals retained by or working with them, shall not disclose documents or information designated as "Confidential", and shall not use the documents or information for any purpose other than in connection with the instant litigation.

3. If requested by the producing party within 30 days of the conclusion of this litigation, the other party shall return all produced documents designated as "Confidential" and copies thereof. Absent a request by the producing party within 30 days of the conclusion of this litigation, the other party shall destroy all such documents and copies thereof,

4. This Order does not prohibit either party from filing motions or other Court documents which include documents or information designated by the other party as "Confidential." However, the party intending to file such documents or information will notify opposing counsel at least five working days before such filing, to permit the other party to seek agreed or Court-ordered protection by filing under seal or otherwise.

It is so **ORDERED**.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE

Date: May 17, 2011.

APPROVED FOR ENTRY:

/s/ Cary Schwimmer
CARY SCHWIMMER
TN BAR NUMBER 014026
Law Offices of Cary Schwimmer
1922 Exeter, Suite 5
Germantown, TN 38138
Telephone: 901-753-5537
Fax: 901-377-6555
Email: cschwimmer@schwimmerfirm.com

Lead Counsel for Defendant
AmeriPride Services Inc.


/s/ Cameron Abel
CAMERON ABEL
MS BAR NUMBER 102319
Tollison Law Firm, P.A.
103 North Lamar Boulevard
Post Office Box 1216
Oxford, Mississippi 38655
Telephone: 662-234-7070
Fax: 662-234-7095
Email: cameron@tollisonlaw.com

Local Counsel for Defendant
AmeriPride Services Inc.

WAIDE & ASSOCIATES, P.A.

BY: /s/ Jim Waide
MS BAR NUMBER 6857

WAIDE & ASSOCIATES, P.A.
ATTORNEYS AT LAW
POST OFFICE BOX 1357
TUPELO, MISSISSIPPI 38802
TELEPHONE: 662-842-7324
FACSIMILE: 662-842-8056
E-MAIL: waide@waidelaw.com

Attorneys for Plaintiff